## UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH CAROLINA

## ROCK HILL DIVISION

UNITED STATES OF AMERICA

vs.

CASE NO. 0:14-CR-301

GREGORY JOSEPH LINGEN

## PLEA

The Defendant, GREGORY JOSEPH LINGEN, acknowledges receipt of a copy of the Indictment and after arraignment pleads Not Guilty in open court.

_____
(Signed) Defendant

Columbia, South Carolina
May 20, 2014